**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____
www.cand.uscourts.gov

Richard W. Wieking　　　　　　　　　　　　　　　　　　　　　　　　General Court Number
Clerk　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　415.522.2000

June 14th, 2007

Re:  <u>MDL 07-1826 In re Graphics Process Units Antitrust Litigation</u>

<u>Title of Case</u>　　　　　　　　　　　　　　　　　　　　<u>Case Number</u>
Jennifer Tomaino -v- Nvidia Corporation, et al.　　　C.A. No. 06-7964

Dear Sir/Madam:

　　　This is to advise you that the above entitled case has been transferred to this Court pursuant to 28 U.S.C. §1407(c) and assigned to the Honorable William H. Alsup. We have given the action the individual case number ***C 07-3132 WHA***.

　　　All future documents submitted in this case are to be presented to the Court in compliance with the Pretrial Order No. 1 issued on 30 April 2007 in the MDL case, case no. M:07-cv-1826 WHA

　　　Please be advised that this action has been designated as an E-Filing case. Therefore, counsel is directed to immediately register as an ECF user with the Northern District of California. Information on registration and an on-line registration form can be found in our website at https://ecf.cand.uscourts.gov

　　　　　　　　　　　　　　　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　　　　　　　　　　Simone Voltz
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

cc: Counsel
　　　MDL