Christine P. Bartholomew (211425)
cbartholomew@finkelsteinthompson.com
FINKELSTEIN THOMPSON LLP
601 Montgomery Street, Suite 665
San Francisco, California 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704
*Attorney for Plaintiff*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Tomaino, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION; ATI TECHNOLOGIES, INC.; and ADVANCED MICRO DEVICES, INC.<br><br>Defendants. | Case No: 07-01826 (WHA)<br><br>MDL No. 1826<br><br>**NOTICE OF ASSOCIATION** |

**PLEASE TAKE NOTICE** that counsel for Plaintiff Jennifer Tomaino, Finkelstein Thompson LLP, hereby associates the following individuals and firm into the case:

Michael McShane
**Audet & Partners LLP**
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: 415.568.2555
Facsimile: 415.568.2556
Email: mmcshane@audetlaw.com

NOTICE OF ASSOCIATION -- Case # 07-01826 (WHA)

1  Dated: June 14, 2007                    Respectfully Submitted,

*Christine P. Bartholomew* //AMR//
Christine P. Bartholomew

**FINKELSTEIN THOMPSON LLP**
601 Montgomery Street, Suite 665
San Francisco, California 94111
Telephone:    (415) 398-8700
Facsimile:    (415) 398-8704


Mila F. Bartos
Stan M. Doerr
**FINKELSTEIN THOMPSON LLP**
1050 30TH Street NW
Washington, DC 20007
Telephone:    (202) 337-8000
Facsimile:    (202) 337-8090
mbartos@finkelseinthompson.com
sdoerr@finkelsteinthompson.com

-2-
NOTICE OF ASSOCIATION -- Case # 07-01826 (WHA)