Christine P. Bartholomew (State Bar No. 211425)
cbartholomew@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
601 Montgomery Street, Suite 665
San Francisco, California 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

[Additional Counsel Listed on Signature Page]

Attorneys for Individual and Representative Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. M:07-CV-01826-WHA<br><br>MDL No. 1826<br><br>**NOTICE OF LAW FIRM NAME CHANGE** |

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

  **PLEASE TAKE NOTICE** that the law firm of Finkelstein, Thompson & Loughran has changed its name to Finkelstein Thompson LLP. The firm's address, telephone and facsimile numbers will remain the same. However, the electronic mail contact information for counsel has changed as noted below.

  Please use the new firm name and electronic mail addresses on all pleadings, correspondence, and other documents.

---

NOTICE OF LAW FIRM NAME CHANGE - Case No. M:07-CV-01826-WHA

| | |
|---|---|
| DATED: June 20, 2007 | Respectfully submitted, |

*Christine P. Bartholomew* //AMR//

CHRISTINE P. BARTHOLOMEW

cbartholomew@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
601 Montgomery Street, Suite 665
San Francisco, CA 94111
Telephone: 415.398.8700
Facsimile: 415.398.8704

- and -

Mila F. Bartos
mbartos@finkelsteinthompson.com
Richard M. Volin
rvolin@finkelsteinthompson.com
Michael G. McLellan
mmclellan@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
1050 30th Street, NW
Washington, D.C. 20007
Telephone: 202.337.8000
Facsimile: 202.337.8090

NOTICE OF LAW FIRM NAME CHANGE - Case No. M:07-CV-01826-WHA